THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CIVIL 5.4, 7.1(a)(1)
(Rule Number/Section)

FILED ___ LODGED
RECEIVED ___ COPY
MAR 11 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

CR-20-673-PHX-MTL-1

| | |
|---|---|
| UNITED STATES OF AMERICA | Case no: 2:20-MJ-03058-PHX-MTM |
| vs. | NOTICE OF PROSECUTOR |
| CHAUNCEY HOLLINGBERRY | MISCONDUCT |

NOW COMES, CHAUNCEY HOLLINGBERRY, "Defendant" for a notice of prosecutor misconduct. It is the intent of the Defendant to allege prosecutorial misconduct against the Prosecutor, Lisa E Jennis.

## I Background Facts

Lisa Jennis, "Prosecutor" has withheld exculpatory information from the Defendant and the Court in an effort to deny the Defendant his due process rights including but not limited to: pretrial release, discovery. In the initial hearing to determine detention the Prosecutor alleged the Defendant was a threat to the community because he was ready to use an AR-15 assault rifle and level 5 body armour. She then played for the Court videos titled, "Arizona Attorney General Declares War." At the conclusion of these videos the Defendant mentions he is going to the gun range with level 5 body armour. It is the

Government's conclusion the cryptic comment was directed at the Arizona Attorney General, Mark Brnovich. Exculpatory evidence was withheld from the Court, and the Defendant in the form of videos titled, "Synagogue J's make threats." In those videos the Defendant discusses the violent threats he received from Aaron McKiney who visited the Defendant's home with a gun. The Defendant obtained an injunction against harassment against Aaron McKiney due to his stalking behavior. The above videos are the origination of the cryptic remark regarding body armour and a gun range and were intended at Aaron and not the Attorney General. In fact, the YouTube video poll asking whether the Defendant should visit a sidewalk in front of a synagogue with an AR-15 assault rifle and a camera was aimed at Aaron McKinney. Aaron McKinney is an Israeli Defense Force Soldier; the Defendant was with information that the individual was going to kill him; The Defendant was attempting to convince Aaron he had a gun to defend himself.

During the detention hearing the Prosecutor alleges the Defendant harassed his Uncle by speaking about him on the Defendant's media channel, "The Law Offices of Daddy & Master." She alleged defamation of the Uncle and trespass upon his property. Mrs. Jennis neglected to mention the Defendant was accusing his Uncle of embezzling $300,000 dollars from his mother's Trust Fund and of subjecting him to various forms of criminal child abuse. She also failed to mention he was outside of a business "Hope Refuge" to document his Uncles' embezelments. Exculpatory information including filings in the civil defamation case, which is mentioned above, were withheld from the Court and the Defendant.

Lisa Jennis has been in regular contact to this day with Charles Cook's attorney Raymond Chandler. Charles Cook is the Defendants' Uncle mentioned above. Mrs. Jennis is aware of Charles' embezelment of Trust Funds from Leeza Cook's trust fund. Lisa has been working with Raymond Chandler in an effort to squash potential prosecution of Charles Cook. The Prosecutor wants Charles "clean" to enable him to testify against the Defendant.

The Defendant upon information and belief knows Lisa Jennis drinks cocktails with other attorneys. She has been infringing on the Defendant's ability to representation by intimidating other attorneys in regards to this case. Central Avenue and downtown Phoenix are Lisa's favorite after hours social destinations with other attorneys. This is standard practice with many attorneys to draft deals under the table to "screw their clients over in Court." Lisa is allegedly a raging alcoholic and participates in these backroom deals.

Submitted this 7 day of March 2021.

Chauncey Hollingsley

Certificate of Service

Lisa E Jennis
Two Renaissance Square
40 N. Central Avenue Suite 1800
Phoenix, Arizona 85004-4449

Philip Seplow
8808 N. Central Avenue Suite 278
Phoenix, Arizona 85020

Chauncey Hollingbery
35627506 900 E 204
P.O Box 3600
Florence, Arizona 85132



PHOENIX AZ 852

9 MAR 2021 PM 4 L

RECEIVED

MAR 11 2021

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

This Correspondence is Mailed
From A Correctional Institution
It's Contents Are Uncensored.

Clerk of the Court
Sandra Day O'Connor
U.S Courthouse
401 W. Washington Street, Spc 39
Phoenix, Arizona 85003-2151

85003-215039