Chauncey Hollingberry

35677508

P.O Box 6300

Florence, AZ 85004

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 1 5 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States America,                    ) Case No. 20-3058MJ-001-PHX-MTM
                                           )
                                           ) CR-20-673-PHX-MTL
            Plaintiff,                      ) Motion for Order on
                                           ) Toilet Paper and Hearing on Confinement
vs.                                        ) Conditions
                                           ) (HEARING REQUESTED)
                                           )
Chauncey Hollingberry,                     )
                                           )
                                           )
            Defendant.                     )

NOW COMES, CHAUNCEY HOLLINGBERRY, for a Motion for Order on Toilet Paper,

2nd Hearing on Confinement Conditions.

I Background Facts


CHAUNCEY HOLLINGBERRY, "Defendant," is a detainee at the CAFCC detention center

in Florence, Arizona awaiting trial on one count of cyberstalking. The private facility, which houses

the Defendant, is operated by CoreCivic under contract with the Marshal Service. CoreCivic personnel

in the protective custody unit housing the Defendant has been engaging in a campaign of terror

against him (Defendant). Personnel, including the medical staff, have refused to address his medical

needs such as his high Triglyceride and HDL/LDL levels. These medical issues have been attributed to the food provided to the Defendant. The medical staff masquerade as doctors when in actuality they are Nurse Practitioners. NP Ryan, which calls himself Doctor Ryan, has refused to address the medical issue by any means including prescribing Fish and Flax oil to address the HDL/LDL imbalance. All the Case Managers assigned to the Unit ignore the Defendant's requests by email and in-person. They have begun throwing his mail in the trash, additionally, they tell him to file another grievance in a sarcastic manner. On 3-9-21 the Defendant did not receive his weekly supply of toilet paper; requests to staff by email and inperson have been ignored.

## II Argument

The continued behavior of staff toward the Defendant as a detainee have affected his health in an adverse way, by medical neglect, including mail tampering and deprivation of hygiene product(s). CoreCivic staff continue to behave in a hostile manner toward the Defendant by ignoring requests by email and inperson and retailiating for the filing of over 40 grievances against staff and Departments. The Defendant's attempts to speak with the Marshals have been refused by CoreCivic staff.

## III Relief

The Defendant PRAYS to the Court for a hearing to determine his confinement conditions and to determine his access to toilet paper.

Submitted this 9 day of March 2021

E                                    Chauncey Hollingberry

Certificate of Service:

Lisa E Stennis
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, AZ 85004

Philip Seplow
8808 N. Central Ave., Suite 278
Phoenix, AZ 85004

Chauncey Hollingberry
35677508
P.O Box 6300
Phoenix, Az 85321

This Correspondence
is mailed
From a Correctional
Institution
Its contents are
uncensored

Notice

PHOENIX AZ 852
11 MAR 2021 PM 1L

RECEIVED

MAR 15 2021

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

FOREVER / USA

Clerk of the Court.
Sandra Day O'Connor
U.S Courthouse
401 W. Washington Street
Phoenix, Arizona 85003

85003-211801