**Philip A. Seplow, Esq.**
**Attorney #004859**
**8808 North Central Ave. #278**
**Phoenix, AZ  85020**
**Tel: (602) 254-8817**
**PhilipSepowLaw@hotmail.com**
**barkerpas@gmail.com**
**Attorney for Chauncey Hollingberry**

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>CHAUNCEY HOLLINGBERRY,<br>Defendant. | Case No. CR-20-00673-MTL<br><br>**MOTION TO CONTINUE TRIAL AND TO EXTEND PRETRIAL MOTIONS DEADLINE** |

**COMES NOW THE** Defendant, Chauncey Hollingberry, by and through his undersigned counsel, and respectfully requests that this Court extend the time for filing pretrial motions for a period of at least forty days from the current deadline and continue the trial date for at least sixty days from the current scheduled trial date of April 6, 2021.

Recently, undersigned counsel has not been able to meet with the Defendant at CoreCivic, Florence, Arizona, because the Defendant has been in quarantine for quite a while and will not be available to meet with undersigned counsel until he is released from quarantine, according to the Correctional Staff at CoreCivic.

Undersigned counsel needs additional time to review discovery, investigate the case, prepare for trial, and render effective assistance of counsel to the Defendant, as he has recently been appointed to the case to represent Mr. Salcido.

Defense counsel, under information and belief, states that the Government has no objection to the requested continuances.

Excludable delay under U.S.C. Sec. 3161(h)(7)(B)(i) and (iv) may result from this Motion of from an Order based thereon.

**RESPECTFULLY SUBMITTED** this 29th day of March, 2021.

/s/ Philip A. Seplow
Attorney for Chauncey Hollingberry

### CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Lisa Jennis, Assistant United States Attorney

I hereby certify that on March 29, 2021, I served the attached document by First Class Mail on the following who are not registered participants of the CM/ECF System:

Chauncey Hollingberry at Core Civic, Florence, Arizona

/s/ Philip Seplow