**Philip A. Seplow, Esq.**
AZ Bar #004859
8808 North Central Ave.   #278
Phoenix, AZ   85020
Tel: (602) 254-8817
PhilipSepowLaw@gmail.com
barkerpas@gmail.com
**Attorney for Chauncey Hollingberry**

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| **United States of America,** **Plaintiff**, vs. **Chauncey Hollingberry** **Defendant**. | Case No.:   CR-20-00613-MTL  **MOTION FOR DETERMINATION OF COUNSEL** |

COMES NOW the Defendant, Chauncey Hollingberry by and through his undersigned counsel and requests that this Honorable Court hold a hearing on this Motion for Determination of Counsel.

On January 24, 2022, undersigned counsel received a stamped envelope at his office from the Defendant and opened it the next day. Succintly put, the Defendant's instructions were as follows: "Resign From the case."  There is now an impasse between the Defendant and undersigned counsel which would affect the Client's representation.

Excludable delay under *U.S.C.* Sec. 3161(h)(7)(B)(i) and (iv) may result from this Motion or from an Order based thereon.

RESPECTFULLY SUBMITTED this 25th day of January, 2022.

                                                          s/ Philip A. Seplow
                                                          Attorney for Defendant
                                                          Chauncey Hollingberry

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 25, 2022, this attached document has been electronically sent to the clerk's office using the CM/ECF system for filing and transmittal of Notice of Electronic Filing to the following registrants:

Christine Keller Assistant U.S. Attorney

Further that a copy of this Motion has been mailed to Chauncey Hollingberry at *CoreCivic* #35677508. P.O. Box 6300 Florence AZ 85132

                                                                           s/Philip Seplow