**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Michael T. Liburdi | **Date:** February 4, 2022 |
| **USA v. Chauncey Hollingberry** | **Case Number:** CR-20-00673-001-PHX-MTL |

**Assistant U.S. Attorney:** Christine Ducat Keller
**Attorney for Defendant:** Philip A. Seplow, CJA
**Interpreter:** N/A
**Defendant:** ☒ Present     ☒ Custody

This is the time set for Motion Hearing re: Ex-Parte Motion to Withdraw as Counsel (Doc. 122)

2:00 p.m. The Government is excused from the courtroom and an Ex-Parte hearing is held with Defendant and defense counsel. For reasons stated on the record, IT IS ORDERED denying the motion to withdraw as counsel (Doc. 122).

2:15 p.m. The Government returns to the courtroom. THE COURT ORDERS the transcript of the portion of the hearing held outside the presence of the Government to be sealed. Discussion held.

Government's Counsel makes a record of the plea offer extended in this case, that was not accepted by the Defendant.

The Court discusses the documents filed by Defendant. THE COURT ORDERS documents 108, 109, 110, 112, and 115-121 STRICKEN. Defendant is reminded that he cannot appear or act on his own behalf when he is represented by counsel. Any further filings submitted by Defendant will be summarily stricken without further notice.

IT IS FURTHER ORDERED affirming the Final Pretrial Conference date of April 7, 2022, and Firm trial date of April 18, 2022, contingent on no motion for an evaluation being filed by counsel.

2:31 p.m. Court adjourned.

**Court Reporter** Barbara Stockford     **Start: 1:57 PM**
**Deputy Clerk** Amber Ocamb     **Stop: 2:31 PM**