GARY M. RESTAINO
United States Attorney
District of Arizona
CHRISTINE D. KELLER
Assistant U.S. Attorney
Illinois State Bar No. 6281316
Assistant U.S. Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500
Email: Christine.Keller@usdoj.gov
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 20-00673-PHX-MTL (MTM) |
| Plaintiff, | **SUPPLEMENTAL NOTICE OF CONFESSIONS, ADMISSIONS AND STATEMENTS PURSUANT TO LOCAL RULE 16.1** |
| vs. | |
| Chauncey Hollingberry, | |
| Defendant. | |

The United States, by and through counsel undersigned, hereby submits the following Supplemental Notice of Confessions, Admissions and Statements Pursuant to Local Rule 16.1, advising that the confessions, admissions, and statements contained in the discovery provided in this case may be introduced into evidence by the government at the trial in this matter. *See United States v. Hall*, 742 F.2d 1153, 1156 (9th Cir. 1984); *United States v. Long*, 455 F.2d 962, 963 (9th Cir. 1972).

This includes, but is not limited to, the following:

1. Any and all statements made to, or in the presence of, local and/or federal law enforcement;

2. Any and all statements made to any person relating to the circumstances surrounding the offense and/or during the commission of the offense through time of trial, including letters to the United States Attorney's Office, State Bar of Arizona, statements

in court, and *pro se* public filings;

3. Any and all statements made by the defendant in non-privileged jail calls, letters, and visits while in federal custody on this matter; and

4. Any and all statements made by the defendant on social media, including but not limited to YouTube, Facebook, and any web site used, owned, operated, or maintained by the defendant.

The government again confirms that it intends to use any and all statements made by Defendant to any party and disclosed as discovery in this matter, whether or not contained within this non-exhaustive list, and any other statements that become known to the government prior to trial.[1]

Respectfully submitted this 17th day of February, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Christine D. Keller*
CHRISTINE D. KELLER
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Philip Seplow, attorney for defendant.

*s/Theresa Hanson*
United States Attorney's Office

---

[1] The government previously provided the defense with notice of the foregoing in various correspondence associated with discovery in this matter. While formal notice in the form of a court filing is not required, the government nonetheless provides same.