Philip A. Seplow, Esq.
AZ Bar #004859
8808 North Central Ave.   #278
Phoenix, AZ   85020
Tel: (602) 254-8817
PhilipSepowLaw@gmail.com
barkerpas@gmail.com
Attorney for Chauncey Hollingberry

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff<br><br>vs.<br><br>CHAUNCEY HOLLINGBERRY, Defendant, | Case No. 2:2020CR-00673-1-MTL<br><br>**MOTION FOR PRESENTENCE RELEASE** |

COMES NOW THE attorney for Defendant, Chauncey Hollingberry, and moves this Honorable Court to Release the Defendant from pretrial detention on the day of his scheduled change of plea, which is May 5, 2022.

Mr. Hollingberry has entered into a plea agreement with the United States Government where he shall plead guilty to Count 1 of the indictment charging the Defendant with a violation of 18 *U.S.C.* Section 2261A(2), Cyberstalking, a class D felony offense.

The plea asks this Court to accept a stipulated term of probation. The plea also includes the Government posing no objection to the

Defendant's release so long as his accommodations pending sentencing are acceptable to Pre-trial Services, and of course, the Court.

This Motion is made in good faith and the interests of Justice. The Defendant has already served nearly two years in custody while waiting for the resolution of this case.

By entering into a plea agreement, the Defendant has spared the alleged victim further distress by ensuring that she would not be a witness at trial and that she would not have to undergo cross-examination. The Defendant has also agreed to make reasonable restitution for Victim K.

Further, Mr. Hollingberry's mother has a great need for her son's assistance at home, and Mr. Hollingberry has been worried for his mother and one of his main objectives while on probation is to aid his mother in her later years.

RESPECTFULLY SUBMITTED this 27th day of April, 2022.

s/ Philip A. Seplow  
Attorney for Defendant  
Chauncey Hollingberry

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrant:

    Christine Keller, Esq.
    Assistant United States Attorney

    Glenn McCormick, Esq.
    Assistant United States Attorney

I hereby certify that I have ensured that the Defendant, Chauncey Hollingberry, receives a copy of this document either via mail or by in person delivery.

                              *s/ Philip Seplow*