# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-20-00673-001-PHX-MTL |
| Plaintiff, | **ORDER MODIFYING CONDITIONS OF PROBATION** |
| v. | |
| Chauncey Hollingberry, | |
| Defendant. | |

As stated on the record at the hearing on request to modify conditions of probation on November 21, 2022,

Additional conditions of probation are imposed as follows:

11. You must obtain prior written permission from the Court or probation officer to possess, use, purchase, or transfer an internet capable device.

Dated this 21st day of November, 2022.

_Michael T. Liburdi_
Michael T. Liburdi
United States District Judge