GARY M. RESTAINO
United States Attorney
District of Arizona
CHRISTINE D. KELLER
Illinois State Bar No. 6281316
Email: Christine.Keller@usdoj.gov
GLENN B. MCCORMICK
Arizona State Bar No. 013328
Email: Glenn.Mccormick@usdoj.gov
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Chauncey Hollingberry,<br><br>　　　　Defendant. | CR- 20-00673-PHX-MTL<br><br>**UNITED STATES' RESPONSE TO DEFENDANT'S MOTION FOR STAY OF FBI COMPUTER MEETING** |

Now comes the United States of America, by and through its undersigned attorneys, and hereby responds to Defendant's Motion for Stay of FBI Computer Meeting [DOC. 174]. The referenced meeting is intended to result in removal of information regarding the victim from social media accounts. The United States does not oppose a date different from the one scheduled in the United States Probation Officer's certified letter being set.

The United States Probation Officer (USPO) assigned to supervise Mr. Hollingberry has been trying to set up a meeting with Mr. Hollingberry, his attorney, and the FBI case agent to remove any references to the victim from Mr. Hollingberry's social media accounts. For various reasons[1], the USPO has not been successful at setting the

---

[1] The motion suggests USPO micromanagement is at the root of the problem. The Untied States does not agree with this suggestion, but does not oppose resetting the meeting and will not recount here all of the factors that have prevented the meeting from being set.

meeting at a mutually convenient time. Most recently, the USPO sent a certified letter to Mr. Hollingberry with a date to conduct the meeting. The certified letter resulted from difficulties the USPO has encountered in attempting to arrange the meeting. Since Mr. Hollingberry's motion was filed, both counsel for Mr. Hollingberry and the USPO have communicated with counsel for the United States indicating that efforts to arrange a mutually convenient time to hold the meeting are ongoing. Therefore, the United States does not oppose Mr. Hollingberry's motion.

Respectfully submitted this 12th day of December, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

 *s/Glenn B. McCormick*
GLENN B. McCORMICK
CHRISTINE D. KELLER
Assistant U.S. Attorneys

# CERTIFICATE OF SERVICE

I hereby certify that on 12th day of December, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:

Phillip Seplow

_s/Glenn B. McCormick_
U.S. Attorney's Office