**Philip A. Seplow, Esq.**
**Attorney AZ #004859**
**8808 North Central Ave. #278**
**Phoenix, AZ 85020**
**Tel: (602) 254-8817**
**PhilipSeplowLaw@gmail.com**
**barkerpas@gmail.com**
**Attorney for Chauncey Hollingberry**

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America,** **Plaintiff**, | Case CR-20-00673-PHX-MTL |
| vs. | WITHDRAWAL OF DEFENDANT'S MOTION FOR STAY |
| **Chauncey Hollingberry** | |

COMES NOW THE Defendant, Chauncey Hollingberry, by and through undersigned counsel and Withdraws his Motion to Stay (Document #174) as arrangements for a mutually satisfactory date are now being planned between the parties.

/ / / /

RESPECTFULLY submitted December 12, 2022.

s/ Philip A. Seplow<br>
Attorney for Defendant<br>
Chauncey Hollingberry

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

    Assistant United States Attorney
    Glenn McCormick

    Pretrial Services Officer
    Joshua Domschot

The Defendant will be provided a copy of the above.

*s/ Philip Seplow*