Petition12C – Rev. 6/18

UNITED STATES DISTRICT COURT
for
Arizona
Petition for Warrant to Revoke Probation



☒ FILED  ☐ LODGED

**Mar 09 2023**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| | | | |
|---|---|---|---|
| Name of Offender: | **Chauncey Hollingberry** | Case No.: | **CR-20-00673-001-PHX-MTL** |
| Name of Judicial Officer: | **The Honorable Michael T. Liburdi**<br>**United States District Judge** | | **T-SEALED** |
| Date of Original Sentence: | **8/18/2022** | | |
| Original Offense: | **Count 1: Cyberstalking, 18 U.S.C §2261A(2), a Class D Felony** | | |
| Original Sentence: | **60 months Probation** | | |
| Type of Supervision: | **Probation** | Date Supervision Commenced: | **8/18/2022** |
| | | Date Supervision Expires: | **8/17/2027** |
| Assistant U.S. Attorney: | **Glenn B. McCormick**<br>602-514-7500 | Defense Attorney: | **Philip A. Seplow**<br>602-254-8817 |

Petitioning the Court to issue a Warrant to Revoke Probation

The probation officer alleges Chauncey Hollingberry has violated the following condition(s) of supervision:

| **Allegation** | **Nature of Noncompliance** |
|---|---|
| A | **Standard Condition #13** which reads, "You must follow the instructions of the probation officer related to the conditions of supervision."<br><br>On December 6, 2022, Hollingberry was directed to report to the probation office on December 14, 2022, at 10:00 A.M. Hollingberry failed to report as directed, pursuant to standard condition #2. Available evidence included testimony of the probation officer. Grade C violation. U.S.S.G. §7B1.1(a)(3)(B). |
| B | **Special Condition #4** which reads, "You must not utilize, by any means, any social networking forums offering an interactive, user-submitted network of friends, personal profiles, blogs, chat rooms or other environment which allows for interaction with others without prior written permission from the probation officer."<br><br>On or about March 1, 2023, Hollingberry used social networking forums without prior written permission from the probation officer. Available evidence includes screenshots |

cc:  USPO

Page 2
RE: Chauncey Hollingberry
Petition to Revoke Probation
March 09, 2023

        from IPPC Monitoring software between March 1 and March 5, 2023, and testimony of the probation officer. Grade C violation. U.S.S.G. §7B1.1(a)(3)(B).

C    **Special Condition #10m** which reads, "You must make your best effort to removal from the Internet any and all publicly available information you posted regarding C. K. This shall include removing all social media, YouTube, and other internet videos and/or posts by the defendant about or referencing the victim as well as any images or videos of the victim. You shall permanently delete all images and videos of the victim in your possession. These actions will be completed within 30 days of the date of entry of judgment in this matter."

        Hollingberry has not made necessary efforts to remove from the Internet any and all publicly available information posted regarding victim C. K. On January 5, 2023, Hollingberry reported to the U.S. Probation office with his attorney and an FBI agent was present. Attempts were made to have Hollingberry remove information from social media. Hollingberry claimed he had no knowledge of any login information. Hollingberry has failed to make an effort to delete all images and videos of the victim from the Internet. Available evidence includes testimony of the probation officer. Grade C violation. U.S.S.G. §7B1.1(a)(3)(B).

**U.S. Probation Officer Recommendation and Justification**

Chauncey Hollingberry has violated the trust of the Court. A warrant is recommended to initiate revocation proceedings as Chauncey Hollingberry is a flight risk based on his statement about feeling the country and he is potentially is considered dangerous based on recent communications with his probation officer.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

_[signature]_        3/9/2023
Joshua Domschot        Date
Senior U.S. Probation Officer
Office: 602-682-4304
Cell: 602-550-8540

_[signature]_        3/9/2023
Ricardo O. Castañeda        Date
Supervisory U.S. Probation Officer
Office: 602-682-4378
Cell: 602-770-0220

Page 3
RE: Chauncey Hollingberry
Petition to Revoke Probation
March 09, 2023

The Court Orders

☐ No Action
☒ The Issuance of a Warrant
☐ The Issuance of a Summons
☐ Other

_____   March 9, 2023
The Honorable Michael T. Liburdi      Date
United States District Judge