IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Chauncey Hollingberry, #35677-508,<br><br>　　　　　　Defendant. | No.  CR-20-00673-01-PHX-MTL<br><br>**ORDER REVOKING PROBATION** |

A Petition to Revoke Probation has been filed and Defendant has been found in violation of Special Condition #10, a Grade C violation of his conditions of probation. The Court finds Defendant has violated the terms and conditions of probation and has considered the factors set forth in 18 U.S.C. § 3583(e), the U.S. Sentencing Commission Chapter 7 policy statements, the original guideline range, statements of the parties, and all documentation submitted, including the disposition report.  The Court finds Defendant's probation should be revoked.

Accordingly,

**IT IS THE JUDGMENT OF THIS COURT THAT** Defendant's probation is **REVOKED.**

**IT IS ORDERED** committing Defendant to the custody of the Bureau of Prisons for a term of **TIME SERVED**.

**IT IS FURTHER ORDERED** sentencing the Defendant to a term of Supervised Release for **THIRTY-SIX (36) MONTHS**.

**SUPERVISED RELEASE**

Within 72 hours of release from custody of the Bureau of Prisons, you shall report in person to the Probation Office in the district to which you are released. You shall comply with the mandatory and standard conditions of supervision adopted in General Order 17-18 and the following additional special conditions:

1) You must not have contact with the following victims, C.K., C.C., M.S., J.M., or L.R. and the probation officer will verify compliance. Prohibition on contact with C. C. applies unless otherwise permitted by the probation office in the context of civil litigation, and the probation office will verify compliance.

2) You must not go into any government building unless you have legitimate business or without prior authorization from your probation officer.

3) 4) You must not utilize, by any means, any social networking forums offering an interactive, user-submitted network of friends, personal profiles, blogs, chat rooms or other environment which allows for interaction with others without prior written permission from the probation officer.

4) You must not access the Internet except for reasons approved in advance by the probation officer.

5) You must submit your computers (as defined in 18 U.S.C. § 1030(e)(1)) or other electronic communications or data storage devices or media, to a search. You must warn any other people who use these computers or devices capable of accessing the Internet that the devices may be subject to searches pursuant to this condition. Failure to submit to a search may be ground for revocation of release. A probation officer may conduct a search pursuant to this condition only when reasonable suspicion exists that there is a violation of a condition of supervision and that the computer or device contains evidence of this violation. You must consent to and cooperate with the seizure and removal of any hardware and/or data storage media for further analysis by law enforcement or the probation officer with reasonable suspicion concerning a violation of a condition of supervision or unlawful conduct.

Any search will be conducted at a reasonable time and in a reasonable manner.

6) You must submit your person, and any property, house, residence, vehicle, papers, computer, other electronic communications or data storage devices or media, and effects to search at any time, with or without a warrant, by any law enforcement or probation officer with reasonable suspicion concerning a violation of a condition of supervised release or unlawful conduct, and by any probation officer in the lawful discharge of the officer's supervision functions. You must consent to and cooperate with the seizure and removal of any hardware and/or data storage media for further analysis by law enforcement or the probation officer with reasonable suspicion concerning a violation of supervision or unlawful consent. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.

7) You must reside in a residence approved, in advance, by the probation office. Any changes in the residence must be preapproved by the probation officer.

The Court affirms any previous order imposing special assessment, fine, or restitution in this case.

Dated this 11th day of May, 2023.

Michael T. Liburdi
United States District Judge