# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-20-00673-001-PHX-MTL |
| Plaintiff, | **WAIVER AND ORDER** |
| v. | **Modification of Supervised Release Conditions** |
| Chauncey Hollingberry, | |
| Defendant. | |

I recognize that I have a statutory right under Rule 32.1, Federal Rules of Criminal Procedure, to assistance of counsel (appointed or retained) and a modification hearing in connection with:

☐ any modification of my conditions of probation. 18 U.S.C. §3563(c).

☒ any modification of my conditions of supervised release. 18 U.S.C. §3583(e).

I hereby voluntarily waive my right to retained and appointed counsel and statutory right to a hearing as indicated above, and agree to the following modification of my conditions:

1. You must not contact the following victim(s) and other people: C.K., C.C., M.S., J.M., or L.R., and the probation officer will verify compliance. Prohibition on contact with C.C. applies unless otherwise permitted by the probation officer in the context of civil litigation, and the probation officer will verify compliance.

2. You must not go into any government building unless you have legitimate business

or without prior authorization from your probation officer.

3. You must not possess or use a laptop computer, desktop computer, cell phone, tablet, or any other device capable of connecting to the Internet, a cellular data network, or any other public or private network, or messaging system, that (1) gives you the capability to anonymously communicate with others, (2) can access or download images from the Internet at any location (including place of employment), (3) can access any Internet service provider, bulletin board system, chat rooms or other environment which allows for interaction with others or (4) can access any other public or private network or e-mail system. If internet access is approved by the probation officer, you must—at your own expense and as directed by the probation officer—install on all devices capable of connecting to the Internet, a cellular data network, or any other public or private network or messaging system, hardware or software systems to monitor your use of those devices. The probation officer may approve in writing an exception for certain unmonitored devices, such as work computers, for limited purposes only.

4. You must submit your person, property, house, residence, vehicle, papers, laptop and desktop computers, cell phones, tablets, and other communications and data storage device(s) or media, including thumb drives, CDs, and DVDs, to search at any time, with or without a warrant. A probation officer may conduct a search pursuant to this condition only in the lawful discharge of the officer's supervision functions or when reasonable suspicion exists that there is a violation of a condition of supervision and that the computer, device, or media contains evidence of this violation. Failure to submit to a search may be grounds for revocation of release. You must consent to and cooperate with the seizure and removal of any hardware, software, and/or data storage media for further analysis by law enforcement or the probation officer. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. You must warn any other people who use these computers, cell phones, tablets, and other communications and data

storage device(s) or media that the devices may be subject to search and seizure pursuant to this condition.

5. You must reside in a residence approved, in advance, by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change to allow the probation officer sufficient time to evaluate the proposed change. Any changes in the residence must then be preapproved by the probation officer. If, however, notifying the probation officer in advance, or obtaining preapproval, is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of the change or expected change.

_____    8-19-24
Chauncey Hollingberry               Date
Defendant

_____    8/19/24
Chris Meiser                        Date
Senior U.S. Probation Officer

ORDER OF COURT

Considered and ordered this 19th day of August, 2024 and ordered filed and made a part of the records in the above case.

_____
The Honorable Michael T. Liburdi
U.S. District Judge

- 3 -