THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CrimLR 5.4
(Rule Number/Section)

Chauncey Hollingberry

4415 North Maryvale Parkway Ste. 23051

Phoenix, Arizona 85031

editor@chaunceyart.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES GOVERNMENT,<br><br>Plaintiff,<br><br>vs.<br><br>CHAUNCEY HOLLINGBERRY,<br><br>Defendant | Case No.: **CR:20-00673-PHX-MTL**<br><br>**REPLY TO THE GOVERNMENT'S RESPONSE FOR MOTION FOR EARLY TERMINATION** |

On March 8, 2025, the Defendant sent a responsive email to the Government's response to the above motion. The email serves as Hollingberry's official reply:

"Having read the *false and misleading* response from the Government, Defendant "Hollingberry" does not feel it is necessary to reply at length. Unfortunately, the Government and the United States Probation Office are incredibly hostile to Hollingberry for political reasons. Despite Defendant's best efforts, the opposing parties want to

REPLY TO THE GOVERNMENT'S RESPONSE FOR MOTION FOR EARLY TERMINATION - 1

continue to engage in juvenile tactics and provide this Court with *false and misleading information*.

"Suppose the probation office "Office" intends to continue to watch Hollingberry read and send exciting emails about such engaging topics as a bathtub warranty and a thermos top. In any case, they are more than welcome to do so. And because the Defendant will be adding a cell phone to the list of monitored devices shortly, the Office will monitor it. The Office can monitor Hollingberry texting the Baddies (apparently, that is what women are referred to now). Feel free to monitor; the Defendant has nothing to hide.

"Unfortunately, the United States Government has something to hide because it does not want Hollingberry to film the public areas of government offices. Wait, the Defendant was under the impression that the new administration and the Republican Party were dedicated to exposing government corruption- apparently not.

"The Defendant's reply to the Government's response shows who is causing the drama in this case.

"Hollingberry requests the Court to rule on the Motion based on the pleadings and the Reply.

The Defendant will copy and paste this responsive email into an official reply filed with the Clerk of the Court. Thank you."

REPLY TO THE GOVERNMENT'S RESPONSE FOR MOTION FOR EARLY TERMINATION - 2

Dated this 8th day of March, 2025.

*Chauncey Hollingberry*
Chauncey Hollingberry

REPLY TO THE GOVERNMENT'S RESPONSE FOR MOTION FOR EARLY TERMINATION - 3

# CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of March 2025, I mailed a copy of the foregoing to the Clerk of the Court.

I further certify that on the same day, a copy of the foregoing was mailed to Glenn B. McCormick.

Glenn B. McCormick
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Glenn.mccormick@usdoj.gov

/s/ Chauncey Hollingberry

REPLY TO THE GOVERNMENT'S RESPONSE FOR MOTION FOR EARLY TERMINATION - 4








PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL           PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE®  | PRIORITY MAIL®
RECEIVED MAR 11 2025
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

PS00001000014
EP14F October 2023
OD: 12 1/2 x 9 1/2

UNITED STATES POSTAL SERVICE®  Click-N-Ship®
uspa.com  9405 5301 0935 5113 1080 03 0087 5001 0008 5003
$8.75
US POSTAGE
U.S. POSTAGE PAID
03/08/2025   Mailed from 85031  254031597569832

PRIORITY MAIL®
03/10/2025
CHAUNCEY HOLLINGBERRY
3810 N MARYVALE PKWY APT 1094
PHOENIX AZ 85031-3023
Flat Rate Envelope
RDC 03
C011

CLERK OF THE COURT SANDRA DAY O'CONN
401 W WASHINGTON ST SPC 1 STE 130
PHOENIX AZ 85003-2117

USPS TRACKING #

9405 5301 0935 5113 1080 03